THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW PORTER,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY
OF ILLINOIS,

    Defendant.

3:15-CV-759
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 24th DAY OF MARCH, 2017, upon *de novo* review of Magistrate Judge Carlson's Report & Recommendation, (Doc. 38), **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation ("R&R"), (Doc. 38), is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Objections, (Docs. 41, 42), are **OVERRULED** for the reasons outlined in this Court's accompany Opinion.

3. Defendant's Partial Motion for Summary Judgment, (Doc. 28), is **GRANTED**.

4. The Clerk of the Court is directed to enter judgment **IN FAVOR** of the Defendant and **AGAINST** the Plaintiff on (1) Plaintiff's breach of contract claim (Count I) to the extent that it concerns the property located at 133 ½ Morris Avenue, and (2) Plaintiff's bad faith claims (Count II).

5. A telephone scheduling conference will be held on **Thursday, April 6, 2017, at 4:00 p.m.** to schedule this case for trial. Counsel for Plaintiff is responsible for arranging

the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge